117 A.3d 747

IN THE MATTER OF NICHOLAS KHOUDARY, AN ATTORNEY
AT LAW (ATTORNEY NO. 023571988).

July 23, 2015.

## ORDER

This matter having been duly presented, it is ORDERED that **NICHOLAS KHOUDARY** of **EAST BRUNSWICK,** who was admitted to the bar of this State in 1988, and who was suspended from the practice of law for a period of two years effective July 5,

38

2013, by Order of this Court filed June 6, 2013, be restored to the practice of law, effective immediately.